**Order entered April 9, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01106-CR
### No. 05-14-01107-CR

**DEWAYNE KEITH FINCHER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F08-63186-M, F10-51689-M**

## ORDER

The Court **REINSTATES** the appeals.

On January 21, 2015, we ordered the trial court to make findings regarding why the reporter's record had not been filed. We have not received the findings, but on April 8, 2015, we received the reporter's record. Therefore, in the interest of expediting the appeals, we **VACATE** the January 21, 2015 order requiring findings.

Appellant's brief is due within thirty days of the date of this order.

/s/    LANA MYERS
JUSTICE